UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIDIA LOPEZ and YADIRA PAGAN,<br><br>    Plaintiffs,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD,<br><br>    Defendant. | Case No. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Wright National Flood Insurance Company ("Wright") (incorrectly named as Wright National Flood), a Write-Your-Own Program insurance carrier participating in the United States Government's National Flood Insurance Program, pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] appearing in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] hereby removes the state court action entitled "*Lidia Lopez and Yadira Pagan v. Wright National Flood*," bearing Case No. 2023-09262, Division J, pending in the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and respectfully represents as follows:

### Notice of Removal is Timely

1.  Plaintiffs Lidia Lopez and Yadira Pagan ("Plaintiffs") filed the referenced state court action against Wright on August 24, 2023 (the "state court action"). A true and accurate copy of the Citation and Petition for Breach of Contract, Exemplary Damages, Compensatory Damages,

---

[1] 42 U.S.C. § 4001, *et seq.*
[2] *See* 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *Wright v. Allstate Ins. Co.*, 415 F.3d 384, 386 (5th Cir. 2005).

Penalties and Attorneys' Fees ("Petition") are attached hereto as **EXHIBIT 1**, as required by 28 U.S.C. §§ 1446(a) and 1447(b).

2. Wright was served with the state court Citation and Petition on or about September 25, 2023 via certified mail. Thirty days have not elapsed since Wright first received Plaintiffs' Petition through service of process or otherwise, and removal is timely under 28 U.S.C. §§ 1441 and 1446.

### Jurisdiction and Venue

3. In the Petition, Plaintiffs aver that Wright issued a policy of flood insurance to Plaintiffs and that the Plaintiffs' property sustained flood damage during the passing of Hurricane Ida. Wright, while acting in its capacity as a WYO Program insurance carrier participating in the NFIP, issued Standard Flood Insurance Policy ("SFIP") number 17 1150836900 09 (the "SFIP" or the "Policy") to Plaintiffs as the named insureds. A true and accurate copy of the Flood Declarations Page of the Policy is attached hereto as **EXHIBIT 2**.

4. Wright participates in and issues SFIPs under the National Flood Insurance Program's ("NFIP") Write-Your-Own Program. The NFIP is a federal program created pursuant to the NFIA.

5. The payment that Plaintiffs seek in this lawsuit would constitute a direct charge on the public treasury, and would be binding upon the federal government. *Wright v. Allstate Ins. Co.*, 415 F.3d 384, 386 (5th Cir. 2005); 44 C.F.R. § 62.23(f).

6. The statutory scheme approved by Congress for flood insurance claims confers original exclusive jurisdiction upon the federal courts. 42 U.S.C. § 4072 provides:

> In the event the program is carried out as provided in section 4071 of this title, the Administrator shall be authorized to adjust and make payment of any claims for proved and approved losses covered by flood insurance, and upon the disallowance by the Administrator of any such claim, or upon the refusal of the claimant to accept

the amount allowed upon any such claim, the claimant, within one year after the date of mailing of notice of disallowance or partial disallowance by the Administrator, **may institute an action against the Administrator on such claim in the United States district court for the district in which the insured property or the major part thereof shall have been situated, and original exclusive jurisdiction is hereby conferred upon such court to hear and determine such action without regard to the amount in controversy**.

(emphasis added).

7. As such, this Court has original exclusive jurisdiction over this matter pursuant to 42 U.S.C. § 4072 and 44 C.F.R. Part 61, App. A(1), Article VII(R) (2020), which vests in the United States District Court for the district in which the insured property is located with original exclusive subject-matter jurisdiction, without regard to the amount in controversy, over cases arising out of a disputed flood insurance claim under the NFIP. *Ferraro v. Liberty Mut. Fire Ins. Co.*, 796 F.3d 529, 531 (5th Cir. 2015); *see* 42 U.S.C. § 4072.

8. Because Plaintiffs' right to relief involves the interpretation of federal statutes and regulations under the NFIP and necessarily depends upon the resolution of substantial questions of federal law, this Court also has original jurisdiction pursuant to 28 U.S.C. § 1331.

9. Because this action was filed in the Civil District Court for the Parish of Orleans, State of Louisiana, the United States District Court for the Eastern District of Louisiana, is the proper Court for removal of this action pursuant to 28 U.S.C. § 1441(a).

10. According to the Petition, Plaintiffs' property is located at 1931 S. Dupre Street, New Orleans, LA 70125, which is situated within the jurisdiction of the United States District Court for the Eastern District of Louisiana.

11. For the reasons stated herein, Wright has satisfied all procedural and statutory requirements to remove the instant action to this Court.

12. Promptly after filing this Notice of Removal, written notice hereof will be given to Plaintiffs and will be filed with the Clerk of Civil District Court for the Parish of Orleans, State of Louisiana, in conformity with 28 U.S.C. § 1446(d).

WHEREFORE, Wright National Flood Insurance Company prays that this Notice of Removal be accepted as good and sufficient and that the state court action, Case No. 2023-09262, Division J, in the Civil District Court for the Parish of Orleans, State of Louisiana, be and is hereby removed to the United States District Court for the Eastern District of Louisiana for further proceedings as provided by law.

Dated: October 10, 2023

    Respectfully submitted,

    /s/ Jim Letten
    Jim Letten (La. Bar Roll No. 8517)
    Butler Snow LLP
    201 St. Charles Avenue, Suite 2700
    New Orleans, LA 70170
    Telephone: (504) 299-7777
    Facsimile: (504) 299-7701
    Email: Jim.Letten@butlersnow.com
    *Counsel for Defendant,*
    Wright National Flood Insurance Company